UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| James Smith ) | |
| ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:22-cv-4133-BCW |
| ALI Industries, LLC ) | |
| ) | |
|     *Defendant*. ) | |

### NOTICE OF SETTLEMENT

Plaintiff James Smith, jointly with Defendant Ali Industries, LLC, by and through their undersigned counsel, hereby informs this Court that the parties have reached a settlement in principle that will resolve this action in its entirety. The parties are in the process of finalizing the settlement and anticipate being able to file a Dismissal with Prejudice within the next 60 days.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ *Paul D. Anderson*

| | |
|---|---|
| Kenneth B. McClain | #32430 |
| Paul D. Anderson | #65354 |
| Jonathan M. Soper | #61204 |

221 W. Lexington, Suite 400
Independence, Missouri 64050
Telephone:   (816) 836-5050
Facsimile:   (816) 836-8966
kbm@hfmlegal.com
pda@hfmlegal.com
jms@hfmlegal.com
**ATTORNEYS FOR PLAINTIFF**

ARMSTRONG TEASDALE LLP

/s/ *IJay Palansky*
IJay Palansky (*pro hac vice*)

4643 S. Ulster Street, Suite 800
Denver, Colorado 80237
(720) 200-0676
(720) 200-0679 (fax)
ipalansky@atllp.com
*ATTORNEY FOR ALI INDUSTRIES, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 2nd day of November, 2023, a copy of the above document was served via the Court's Electronic Filing CM/ECF system to counsel of record.

*/s/ Paul D. Anderson*
**ATTORNEY FOR PLAINTIFF**